UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

KERRELL JOHNSON,

                                                               Plaintiff,

               -against-

CITY OF NEW YORK, et al.,

                                                      Defendants.

----------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

15 Civ. 1621 (WHP) (FM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-31-15

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

[Remainder of page left intentionally blank]

1. The above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
_____, 2015

| | |
|---|---|
| RICHMAN LAW GROUP<br>*Attorneys for Plaintiff*<br>195 Plymouth Street<br>Brooklyn, New York 11201<br><br>By: _____<br>Kim E. Richman<br>*Attorney for Plaintiff* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants* 100 Church Street,<br>3rd Floor<br>New York, New York 10007<br>By: _____<br>Peter Fogarty<br>*Assistant Corporation Counsel* |

SO ORDERED:

_____ 8/31/15
WILLIAM H. PAULEY III
U.S.D.J.